JS-6

Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
James E. Oldendorph, Jr., Bar No. 230556
joldendorph@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045
Telephone: (310) 981-2000
Facsimile: (310) 337-0837

Attorneys for Defendant
CITY OF MONTEREY PARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA PARRA, an individual and ANITA WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONTEREY PARK, a public entity and DOES 1 through 12,<br><br>Defendant. | Case No. CV11-07846 GAF(JCGx)<br><br>[Honorable Gary A. Feess, Courtroom 740]<br><br>**JUDGMENT RE APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has carefully reviewed the concurrently filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice and the settlement agreement attached as Exhibit "1" to the Stipulation ("Settlement Agreement");

2. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Samantha Parra and Anita Wong and the parties shall perform the Settlement Agreement in accordance with its terms;

///

536905.1 MO110-106

[PROPOSED] JUDGMENT RE APPROVAL OF
SETTLEMENT AND DISMISSAL

3. The Court expressly reserves jurisdiction with respect to this action for the purposes of enforcing the Settlement Agreement; and,

4. This action is hereby dismissed in its entirety with prejudice.

Dated: October 12, 2011

_____
The Honorable Gary A. Feess
Judge of the United States District Court